# ELECTRONIC RECORD

1586-14

COA #  01-13-00113-CR    OFFENSE:  DWI

STYLE:  Laconte Troy Weldon v. The State of Texas    COUNTY:  Harris

COA DISPOSITION:  AFFIRM    TRIAL COURT:  Co Crim Ct at Law No 7

DATE: 10/30/2014    Publish: NO    TC CASE #:  1779615

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Laconte Troy Weldon v. The State of Texas    CCA #:  1586-14

_____APPELLANT'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: 02/11/2015    SIGNED: _____    PC: _____

JUDGE: _Per Curiam_    PUBLISH: _____    DNP: _____

NEWELL, J. NOT PARTICIPATING

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**